THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SOKHA SET,<br><br>　　　　　Defendant. | No. 2:13-cr-00055-RAJ-3<br><br>ORDER |

　　The Defendant Sokha Set has moved the Court for return of his passport, which was posted with the Clerk as a condition of his release on July 13, 2015.  Mr. Set's motion is unopposed by the government.  The Defendant fully complied with conditions of his release and has been sentenced by this Court.

　　IT IS HEREBY ORDERED that Defendant's Motion (Dkt. #103) is GRANTED. The Clerk of the Court shall return/release the Defendant's passport.

　　DATED this 22nd day of January, 2016.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER
(No. 2:13-cr-00055-RAJ-3) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

LEGAL129502154.1